IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYNARD JACKSON,

                 Plaintiff,               SPECIAL VERDICT FORM

v.

DANE ESSER,                                    18-cv-237-wmc

                 Defendant.

FILED/REC'D 2023 JAN 19 P 3:43 CLERK OF COURT U.S. DISTRICT COURT

We, the jury, for our special verdict, do find as follows:

**Question 1:** Did defendant Dane Esser violate plaintiff Raynard Jackson's Eighth Amendment rights with respect to his conditions of confinement because of the shut off of water to his cell?

                    __No__ (YES or NO)

*Answer Question 2.*

**Question 2:** Did defendant Dane Esser violate plaintiff Raynard Jackson's Eighth Amendment right to medical attention?

                    __No__ (YES or NO)

*Answer Question 3.*

**Question 3:** Did defendant Dane Esser violate plaintiff Raynard Jackson's Fourteenth Amendment rights?

                    __No__ (YES or NO)

*If you answered "Yes" to Question 1, 2 or 3, answer Questions 4 and 5.  If you answered "No" to Questions 1, 2 and 3, then do not answer any more questions on this form, have the presiding juror sign and date this form, and notify the bailiff that you have reached a verdict.*

**Question 4:**   What amount of money, if any, do you award as compensatory damages?

$ ___∅___

**Question 5:**   Did defendant Esser act in malicious or reckless disregard of plaintiff Jackson's rights?

___∅___ (YES or NO)

*If you answered "No" to Question 5, do not answer Question 6.  If you answered "Yes" to Question 5, answer Question 6.*

**Question 6:**   What amount of money, if any, do you award as punitive damages?

$ ___∅___

*After reaching a unanimous verdict as to each question above that should be answered, have the presiding juror sign and date this form, and notify the bailiff that you have reached a verdict.*

_____
Presiding Juror

Madison, Wisconsin

Date: 1/19/2023